UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

April 24, 2019

No. 17-2548

UNITED STATES OF AMERICA

v.

BERNARD GREENSPAN,
Appellant

(D.N.J. No. 2-16-cr-00114-001)

Present: HARDIMAN, KRAUSE, and BIBAS, Circuit Judges

1.      Letter Motion by Appellee USA to Amend the Opinion dated April 17, 2019

2.      Letter Response by Appellant to Letter Motion to Amend the Opinion
dated April 17, 2019

Respectfully,

Clerk/ARR/dwb

_____ORDER_____

Appellee's motion to amend the opinion dated April 17, 2019, is granted in part. The opinion shall be amended in minor respects on pp. 3, 8, 10, 13, 18, 25, 29-30, and 37. These amendments do not alter the Court's disposition or judgment as previously entered. So the date for entry of judgment will not be altered. The Clerk is directed to enter the amended opinion on the Court's docket.

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: May 1, 2019
ARR/cc: MEC; JFR; SGS; PG